# Exhibit A

# Civil, Law, Chancery, Domestic Case Search

For your convenience, the Clerk of the Circuit Court offers on-line access to electronic docket information for cases in the Criminal divisions. By using this service, the user agrees and understands that he or she is bound by the on-line access to court records Terms of Agreement.

Case Information for Case Number: **2024L003426**

Search Again

| Case Number | Calendar | Date Filed | Division |
|---|---|---|---|
| 2024L003426 | LCALQ | 04/01/2024 | District 1 |

| Plaintiff(s) | Case Type | Defendant(s) | Attorney |
|---|---|---|---|
| STEPFON SMITH | Breach of Contract - Jury | AIG CLAIMS, INC. | |

| Ad Damnum |
|---|
| 0 |

**Future Court Activity:**

| **Court Date:** | 06/06/2024 | **Hearing Type:** | First Time Case Management First Time Case Management(Judicial Officer:Sherlock, Patrick J.,Calendar, Q) | **Time:** | 9:30 AM | **Location:** | Court Room 2007,Richard J Daley Center |
|---|---|---|---|---|---|---|---|

**Case Activities:**

| **Activity Date:** | 04/01/2024 | **Event Desc:** | New Case Filing | **Comments:** | |
|---|---|---|---|---|---|

**Activity Date:** 04/01/2024   **Event Desc:** Contract Complaint Filed (Jury Demand)   **Comments:** Complaint


Please Note: If data does not appear in a specific field, we likely do not have the responsive data in our master database. If you have reason to believe there is an error, please contact the Internet Court Call Help Line at 312.603.4357.



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 28902250**
**Date Processed: 04/11/2024**

**Primary Contact:**
Eric Manne
AIG Property Casualty
1271 Avenue of the Americas
Fl 37
New York, NY 10020-1303

| | |
|---|---|
| **Entity:** | AIG Claims, Inc.<br>Entity ID Number  0016692 |
| **Entity Served:** | AIG Claims, Inc. |
| **Title of Action:** | Stepfon R. Smith vs. AIG Claims, Inc. |
| **Matter Name/ID:** | Stepfon R. Smith vs. AIG Claims, Inc. (15555476) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Labor / Employment |
| **Court/Agency:** | Cook County Circuit Court, IL |
| **Case/Reference No:** | 2024L003426 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 04/11/2024 |
| **Answer or Appearance Due:** | 06/06/2024 |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Stepfon R. Smith<br>815-997-3105 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois courts.
**Forms are free at ilcourts.info/forms.**

| | | |
|---|---|---|
| **STATE OF ILLINOIS,** <br> **CIRCUIT COURT** <br><br> Cook    ☑ **COUNTY** | **SUMMONS** | *For Court Use Only* |

| | | |
|---|---|---|
| **Instructions ▼** <br> Enter above the county name where the case was filed. <br><br> Enter your name as Plaintiff/Petitioner. <br><br> Below "Defendants/Respondents," enter the names of all people you are suing. <br><br> Enter the Case Number given by the Circuit Clerk. | STEPFON R. SMITH <br>    **Plaintiff /·Petitioner** *(First, middle, last name)* <br><br> v. <br><br> **Defendants / Respondents** *(First, middle, last name)* <br> AIG CLAIMS, INC. <br> *IL Corp 801 Aellai Stevenson* <br><br> ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | **2024 L 003426** <br> **Case Number** |

## IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.

- You MUST file an official document with the court within the time stated on this *Summons* called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees*.

- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

### Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

| | | |
|---|---|---|
| • All criminal cases | • Administrative review cases | • Adult guardianship |
| • Detinue | • Eviction | • Foreclosure |
| • Order of protection | • Stalking no contact orders | • Civil no contact orders |
| • Divorce | • Paternity | • Small Claims |

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

Enter the case number given by the Circuit Clerk: 2024-003426

| In **1a**, enter the name and address of the first Defendant/Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. |
| :-- |

**1.** **Defendant/Respondent's address and service information:**

   a.   Defendant/Respondent's primary address/information for service:

Name *(First, Middle, Last)*: AIG CLAIMS, INC.

Registered Agent's name, if any: ILLINOIS CORPORATION SERVICE COMPANY

Street Address, Unit #: 801 ADLAI STEVENSON DRIVE

City, State, ZIP: SPRINGFIELD, ILLINOIS 62703-4261

Telephone: _____ Email: _____

| In **1b**, enter a second address for the first Defendant/Respondent, if you have one. |
| :-- |

   b.   If you have more than one address where Defendant/Respondent might be found, list that here:

Name *(First, Middle, Last)*: _____

Street Address, Unit #: _____

City, State, ZIP: _____

Telephone: _____ Email: _____

| In **1c**, check how you are sending your documents to this Defendant/Respondent. |
| :-- |

   c.   Method of service on Defendant/Respondent:

   ☑ Sheriff      ☐ Sheriff outside Illinois: _____
                                           *County & State*

   ☐ Special process server      ☐ Licensed private detective

| Check here if you are serving more than 1 Defendant/Respondent. Attach an *Additional Defendant/Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached. |
| :-- |

☐   **I am serving more than 1 Defendant/Respondent.**

I have attached _____ *Additional Defendant/Respondent Address*
                       *Number*

*and Service Information* forms.

| In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property. |
| :-- |

**2.** **Information about the lawsuit:**

   a.   Amount claimed:  $ 100,000.00

☐   b.   I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

| In **3**, enter your complete address, telephone number, and email address, if you have one. |
| :-- |

**3.** **Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*: Stepfon R. Smith

Street Address, Unit #: 1334 Alexander Drive

City, State, ZIP: Bolingbrook, Illinois 60490

Telephone: (815) 997-3105      Email: ssmith1334@comcast.net

| **GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties. |
| :-- |

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms. |
| :-- | :-- |

| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. |
| :-- |

**4.**   **Instructions for person receiving this *Summons* (Defendant):**

☐   a.   To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address: Richard J. Daley Center, Law Division

City, State, ZIP: 50 W. Washington Street, Chicago, Illinois 60602

<table>
<tr><td>

In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.*

---

In **4b,** fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

</td><td>

☐ b. Attend court:

On: <u>06/06/2024</u>     at <u>9:30</u>    ☑ a.m. ☐ p.m. in <u>2007</u>
       *Date*            *Time*                           *Courtroom*

**In-person at:**

<u>Richard J. Daley Center, 50 W. Washington Street, Chicago, Illinois 60602</u>
   *Courthouse Address*          *City*                      *State*         *ZIP*

**OR**

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: _____
                 *Call-in number for telephone remote appearance*

By video conference: _____
                 *Video conference website*

_____
  *Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk    <u>(312) 603-4357</u>      or visit their website
                        *Circuit Clerk's phone number*

at:   <u>cookcountyclerkofcourt.org</u>     to find out more about how to do this.
     *Website*

</td></tr>
</table>

<table>
<tr><td>

**STOP!**

The Circuit Clerk will fill in this section.

</td><td>

**Witness this Date:** _____

**Clerk of the Court:** _____

</td><td>

*Seal of Court*

</td></tr>
</table>

---

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**

- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 40 days before the court date, unless 2b is also checked.
  - o If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

---

Date of Service: _____
                *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

Enter the case number given by the Circuit Clerk.

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| | | |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT**<br>Cook ▼ **COUNTY** | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | *For Court Use Only* |

| Instructions | |
|---|---|
| Enter above the county name where the case was filed. | STEPFON R. SMITH<br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br>AIG CLAIMS, INC.<br>**Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

2024 L 003426
**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: _____ Race: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: _____ .

☐ On the Corporation's agent, _____
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

SU-S 1503.6 Page 4 of 5 (03/24)

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
　　Address: _____
　　City, State, ZIP: _____
　　Other information about service attempt: _____

　　_____

　　_____

　　_____

2.　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
　　Address: _____
　　City, State, ZIP: _____
　　Other information about service attempt: _____

　　_____

　　_____

　　_____

3.　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
　　Address: _____
　　City, State, ZIP: _____
　　Other information about service attempt: _____

　　_____

　　_____

　　_____

| **DO NOT** complete this section. The sheriff or private process server will complete it. |
|---|

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

| Under the Code of Civil Procedure, <u>735 ILCS 5/1-109,</u> making a statement on this form that you know to be false is perjury, a Class 3 Felony. |
|---|

**By:**

**FEES**

Service and Return: $ _____

*Signature by:* ☐ Sheriff
　　　　　　　☐ Sheriff outside Illinois:

Miles _____ $ _____

Total $0.00

_____
*County and State*
☐ Special process server
☐ Licensed private detective

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

Case: 1:24-cv-03765 Document #: 1 Filed: 05/08/24 Page 10 of 17 PageID #:15

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

|  |  |  |
|---|---|---|
| STEPFON R. SMITH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Jury Trial Demanded |
| | ) | Court No.: |
| AIG CLAIMS, INC | ) | |
| | ) | |
| Defendant | ) | |

FILED
4/1/2024 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L003426
Calendar, Q
27050747

## COMPLAINT AT LAW FOR BREACH OF CONTRACT

NOW COMES Plaintiff, STEPFON R. SMITH and in support of his Complaint at Law against Defendant AIG CLAIMS, INC., Plaintiff states as follows:

1. Plaintiff and Defendant entered into a contract known as a Severance and Release Agreement on March 20, 2024.

2. On March 1, 2024, Defendant offerred Plaintiff a severance and release agreement with specific terms (See Exhibit "A").

3. On March 20, 2024, Plaintiff accepted the terms of the severance and release agreement without any revisions (See Exhibit "A").

4. The consideration contained in the severance and release agreement was 5 weeks of severance payable to the Plaintiff in exchange for the Plaintiff not taking legal action against the Defendant for claims of any kind.

5. All material terms of the severance and release agreement are ascertainable and this Court has the ability to determine what the parties have agreed to based upon the signed writing.

6. The parties to the Severance and Release Agreement intended to be bound and mutually assented to the terms of the Severance and Release Agreement (See Exhibit "B").

1

7. The subject contractual agreement required the Defendant to keep the Plaintiff on the Company's payroll with a payroll end date of April 19, 2024.

8. The Defendant failed to pay the Plaintiff the agreed to severance payment due between March 28, 2024 or March 29, 2024 which was the Defendant's regularly occurring payroll date to pay the monies owed pursuant to the Severance and Release Agreement.

9. As of March 20, 2024 a valid and enforceale contract existed between the Plaintiff and the Defendant.

10. The Plaintiff fully performed all obligations pursuant to the Severance and Release Agreement

11. The Defendant breached the Severance and Release Agreement by not making payments due and owing pursuant to the agreement on the Defendant's regular payroll pay date.

12. The Plaintiff has sustained damages as a result of Defendant's breach of the Severance and Release Agreement.

13. The Defendant is a global Fortune 100 insurance carrier that operates in 40 countries.

14. The Defendant's conduct is willfull, wanton and calculated to cause serious financial harm to the Plaintiff herein and has, in fact, caused serious harm to the Plaintiff.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff hereby prays for the following relief.

1. Compensatory damages as allowed pursuant to Illinois law in excess of $100,000.00

2. Punitive and exemplary damages as allowed pursuant to Illinois law.

3. Pre-judgment interest as allowed pursuant to Illinois law.

4. Post-judgment interest as allowed pursaunt to Illinois law.

5. Court costs.

6. Attorneys fees

7. All such other relief that this court deems proper.


STEPFON R. SMITH, ESQ.


By:

Plaintiff


Stepfon R. Smith, Esq.
1334 Alexander Drive
Bolingbrook, IL 60490
Phone: (815) 997-3105
E-mail:

3

SUMMARY SHEET

Employee Severance Pay Estimate

Name: Stepfon Smith

Service Date: April 3, 2023

Last Day Worked: March 1, 2024

Severance Pay Calculation

| | |
|---|---|
| Years of Service: | 1 |
| Severance Weeks: | 5 |
| Annual Salary: | $122,000.00 |
| Weekly Salary: | $2,346.15 |

| | |
|---|---|
| Severance Calculation:<br>(weekly salary X severance weeks) | $11,730.77 |
| (+) 2 Weeks Non-Working Notice:<br>(Not Part of Severance) | $4,692.31 |
| (=) Total Payment | $16,423.08 |

Severance will be paid in accordance with the Company's Severance Plan. Severance Payment will be paid via lump sum as noted below or via salary continuation as normal bi-weekly paychecks thru the date noted below.

Severance payment paid via lump sum: March 15, 2024, or as soon as administratively possible after the date the agreement becomes effective.

Severance Payment paid via salary continuation: April 19, 2024

Exhibit

"A"

EPR

Stepfon Smith

## SEVERANCE AND RELEASE AGREEMENT

I understand that my active employment with AIG Claims, Inc. (the "Company") has terminated effective March 1, 2024 , and the Company is providing me with two weeks' non-working notice pay. Regardless of whether or not I sign this Agreement, I will receive this pay, at my current salary (less applicable tax and payroll deductions), from March 1, 2024 through March 15, 2024 . I understand that if I sign this Agreement and do not revoke it, severance pay and outplacement services also will be made available to me on the terms set forth below.

I will receive 5 weeks of severance pay at my current salary. I can choose whether to receive this severance payment as a lump sum payment (less tax withholdings) or as a continuation on payroll (less applicable tax and payroll deductions), by checking the appropriate line at the end of this agreement. If I elect payment by continuation on payroll, severance will also include the continuation (if previously enrolled) of medical, dental, vision and basic life coverage as previously elected through April 19, 2024 . If I elect a lump sum payment, medical, dental, vision and basic life coverage as previously elected, will continue through March 15, 2024 . Regardless of which option I elect, my eligibility for coverage under the Short Term and Long Term Disability programs and any 401(k) contributions or matches will in all events cease as of March 1, 2024 . I also will receive 6 months of outplacement services as determined by the Company.

In return for the payments and benefits set forth in the preceding paragraph, I agree to waive and release all claims of any kind (whether known or unknown) that I may have against the Company, its affiliated companies, or any benefit plans sponsored by such companies and the past or present officers, directors, agents, employees, fiduciaries, and plan administrators of such companies (the "AIG Group") which arise from or relate to my employment with the Company or any of its affiliates or the termination of my employment with the Company or any of its affiliates (including, without limitation, claims under the Age Discrimination in Employment Act). I acknowledge that I am not waiving any rights or claims under the Age Discrimination in Employment Act that may arise after the date that I execute this agreement. This agreement does not modify or affect any vested rights that I may have under the American International Group, Inc. Retirement Plan, the Incentive Savings Plan, or with respect to any restricted stock units or stock options that were granted to me during my employment and which may vest prior to my termination date. If I am a participant in the AIG Long Term Incentive Plan ("LTIP") or other incentive plan, my termination will be considered a termination without Cause (as defined in such plans). I retain any rights that I may have under the LTIP or such other incentive plan for payment of awards under a termination without Cause. As required by the US Tax Code, the next scheduled LTIP cash award payout for each LTIP grant, if any, may be reduced by the FICA and Medicare withholdings required in connection with all remaining cash awards under that particular LTIP grant, to the extent required by the US Tax Code.

Each payment pursuant to this agreement will be treated as a separate payment under Section 409A of the Internal Revenue Code. I fully understand the terms of this agreement and agree to keep the terms of this agreement confidential (i.e., to not disclose the terms other than to my immediate family, tax or legal advisors, to governmental authorities, or as may be legally required) and to not make false disparaging comments about the AIG Group. Nothing herein shall prevent me from making or publishing any truthful

EPR

statement (a) when required by law, subpoena or court order, (b) in the course of any legal, arbitral or regulatory proceeding, (c) to any governmental authority, regulatory agency or self-regulatory organization, or (d) in connection with any investigation by the AIG Group. I will not retain, remove or disclose the AIG Group's confidential, proprietary and/or trade secret information, and I will not, directly or indirectly, on my own behalf or on behalf of any other person or entity, solicit, contact, call upon, communicate or attempt to communicate with any customer or client or prospective customer or client of AIG Group, where to do so would require the use or disclosure of confidential, proprietary and/or trade secret information (for purposes of this Agreement, "customer or client" shall not include insurance brokers). I further agree that for a one year period following March 1, 2024 , I will not, directly or indirectly, regardless of who initiates the communication, solicit, participate in the solicitation or recruitment of, or in any manner encourage or provide assistance to, any AIG Group employee, consultant, registered representative, or agent to terminate his or her employment or other relationship with the AIG Group or to leave its employ or other relationship with the AIG Group for any engagement in any capacity or for any other person or entity. Any obligations I may have under another non-disclosure and/or non-solicitation agreement or other restrictive covenant will continue and will remain in full force and effect.

I waive any claim to reinstatement or re-employment with the AIG Group, I shall not seek or accept employment with AIG, and I agree not to bring any claim based upon the failure or refusal of the AIG Group to employ me hereafter. If I seek employment or become employed with the AIG Group (whether knowingly or unknowingly), this Release shall conclusively be deemed the sole and exclusive reason for denying my application for employment with the AIG Group and/or the basis for my discharge if hired. Notwithstanding the aforesaid, nothing herein shall prevent me from continuing employment with any company that becomes affiliated with the AIG Group after the date of this Release, provided that I am employed with such company prior to its affiliation with the AIG Group. For any breach of this paragraph, the AIG Group shall be entitled to recover any and all attorneys' fees and costs incurred as a result of such breach in addition to any other damages.

I also understand that I have 21 days to consider this agreement before signing it; that I can revoke this agreement within 7 days after signing it by sending written notice of that revocation to HR Shared Services at 2929 Allen Parkway, AT 34 Houston, TX 77019 or hrsharedservices@aig.com; that the Company has advised me in writing, by this paragraph, to consult with an attorney before signing this agreement; and that the payments and benefits set forth in the second paragraph of this agreement exceed anything that I am already entitled to receive. I understand and agree that in order to be entitled to the payments and benefits mentioned in the second paragraph above, I must sign this agreement within 21 days and not revoke it and return it to AIG HR Shared Services at 2929 Allen Parkway, AT 34 Houston, TX 77019 or hrsharedservices@aig.com.

EPR

I understand that I may return this agreement via mail or e-mail. An electronically transmitted signature shall be treated as an original signature for all purposes.

Understood and Agreed to by:

Signature: _____     Date: 3-20-24

Steplon Smith

Please choose ONE of the following:

____ I choose one lump sum payment (i.e., payroll end date of March 15, 2024 )

_X_ I choose extended time on payroll (i.e., payroll end date of April 19, 2024 )

EPR

HR Shared Services <hrsharedservices@aig.com>                                    3/22/2024 8:51 AM

# HRC1749046-Severance Agreement

To ssmith1334@comcast.net

Hi Stepfon,

Thank you for returning your signed Severance Agreement. Your signed agreement has been received and will be submitted for processing.

Best regards,
Greiziel (Grei)
Tier 1: HR Associate
AIG HR Shared Services (HRSS)
Magreiziel.Burre@aig.com

Ref:MSG1181212_F320b5Nu3DAjaMICxyzM

Exhibit
"B"